UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:16-cv-00080-VMC-JSS

ALLEN BIGGS,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Allen Biggs, and Defendant Hartford Life and Accident Insurance Company by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear his/its own attorneys' fees and costs.

Dated this **21st** day of September, 2016.

| | |
|---|---|
| */s/ Michael A. Steinberg* | */s/ Jonathan M. Fordin* |
| Michael A. Steinberg, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 340065 | Florida Bar No. 371637 |
| mas@ssalawyers.com | jfordin@shutts.com |
| 4925 Independence Parkway | SHUTTS & BOWEN LLP |
| Suite 195 | 200 South Biscayne Blvd., Suite 4100 |
| Tampa, FL  33634 | Miami, FL  33131 |
| Telephone: 813-221-1300 | Telephone: 305-347-7390 |
| Facsimile: 813-221-1702 | Facsimile: 305-347-7790 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

MIADOCS 13665896 1 24022.0563